FRANK GRIFFIN, Respondent, *v.* WILLIAM MCMAHON et al., Respondents, and MARTHA A. MALLORY, Appellant.

*Griffin* v. *McMahon*, 131 App. Div. 925, affirmed.
(Argued December 7, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 6, 1909, affirming an interlocutory judgment in favor of plaintiff entered upon a verdict in an action of partition.

*Martha A. Mallory*, appellant, in person.

*Thomas F. Rogers* for plaintiff, respondent.

*Frank J. Saxton* for defendants, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Not voting: WERNER, J. Not sitting: COLLIN, J.